**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLIONIS, EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| SCOTT SWIATEK, | ) | |
| AND ATTACHED LIST OF CASES | ) | NO. 15-40793 et al. |
| | ) | |
| | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| | ) | |
| | ) | |

**AGREED SUBSTITUTION OF ATTORNEY**
_____

**PLEASE BE ADVISED THAT PURSUANT TO LOCAL RULE 2091-1 AND BY AGREEMENT OF PARTIES, ATTORNEY ORLANDO VELAZQUEZ currently with the Sulaiman Law Group Ltd. hereby agrees that ATTORNEY JOSEPH DAVIDSON of the Sulaiman Law Group Ltd. hereby substitutes in and appears as counsel for Debtor(s) listed above and in the attached list of cases and ORLANDO VELAZQUEZ currently of the Sulaiman Law Group Ltd. withdraws his appearance from the case above and in the attached list of cases and the parties agree as follows:**

| COUNSEL SUBSTITUTING AND APPEARING: | COUNSEL WITHDRAWING: |
|---|---|
| **Joseph Davidson** | **Orlando Velazquez** |
| **Sulaiman Law Group Ltd.** | **Sulaiman Law Group Ltd.** |
| **2500 South Highland Avenue** | **2500 South Highland Avenue** |
| **Suite 200** | **Suite 200** |
| **Lombard, IL  60148** | **Lombard, IL  60148** |

**\*\*THIS IS A SUBSTITUTION AND APPEARANCE OF COUNSEL AND WITHDRAWAL OF APPEARANCE OF COUNSEL ON THE ABOVE CAPTIONED CASE AND THE LIST OF ATTACHED CASES.\*\***

**AGREED TO BY BOTH PARTIES:**

| | |
|---|---|
| **/s/ Joseph Davidson** | **/s/ Orlando Velazquez** |
| Dated: September 11, 2017 | Respectfully Submitted, |
| | /s/ Joseph Davidson |
| | Joseph Davidson |
| | Counsel for Debtor |
| | Sulaiman Law Group, LTD |
| | 2500 South Highland Ave, Suite 200 |
| | Lombard, IL 60148 |
| | Phone (630)575-8181 |
| | Fax: (630)575-8188 |

## LIST OF CASES IN WHICH JOSEPH DAVIDSON IS SUBSTITUTING FOR ORLANDO VELAZQUEZ AND FOR WHICH ORLANDO VELAZQUEZ IS WITHDRAWING AS COUNSEL

| Case | Debtor | | Chapter |
|---|---|---|---|
| 15-40793 | Scott Swiatek | | 13 |
| 15-42606 | Nikolay G Tanchev and Rada I Tanchev | | 13 |
| 15-42948 | William Robert Bauman | | 13 |
| 15-82603 | Yiu Yan Wong | | 7 |
| 16-00665 | Masiclat et al v. MB Financial Bank | *Lead BK:* 16-23482 Lawrence T. Masiclat and Mylene Masiclat | |
| 16-00666 | Masiclat et al v. CITIMORTGAGE, INC | *Lead BK:* 16-23482 Lawrence T. Masiclat and Mylene Masiclat | |
| 16-00667 | Wesolek et al v. Hardman | *Lead BK:* 16-30419 Stuart Graeme Hardman | |
| 16-02842 | Eric L. Cottrell and Nancy Cottrell | | 7 |
| 16-04071 | James W Henryson | | 13 |
| 16-06932 | Ellawease Earls | | 13 |
| 16-08648 | Brian M Benavides | | 13 |
| 16-09245 | Leonard R Gargas | | 13 |
| 16-12649 | Darrel D Hunter and Sheena M. Straughter | | 13 |
| 16-13000 | Jose Isidro Carlos Solomon | | 13 |
| 16-13968 | Misty R Walz Blanchard | | 13 |

| | | |
|---|---|---|
| 16-14863 | Tanveer A Khan | 13 |
| 16-17006 | Srinivas Chekkullapally | 13 |
| 16-17007 | Matias Padilla, Jr. | 13 |
| 16-17316 | Mark Anthony Staniszewski and Colleen Marie Staniszewski | 13 |
| 16-19703 | Susan M. Soderlund | 13 |
| 16-20858 | Kevin Williams | 13 |
| 16-21438 | Guillermo Ponce | 13 |
| 16-23482 | Lawrence T. Masiclat and Mylene Masiclat | 13 |
| 16-23834 | Patrick B. Washa | 13 |
| 16-23840 | Anthony Dames and Grace Dames | 13 |
| 16-23845 | Gregory Lee West and Naomi Ruth West | 13 |
| 16-24559 | Samuel Gaines, Jr. | 13 |
| 16-25461 | Raul A Hoare | 13 |
| 16-25734 | Juan J Zenteno | 13 |
| 16-27887 | Stephen D. Tenuto | 13 |
| 16-28141 | Timothy L Sample-Marble and James L Sample-Marble | 13 |
| 16-28144 | David I Zidel and Rita C Zidel | 13 |
| 16-28149 | Becki L Klebs | 13 |

| | | |
|---|---|---|
| 16-28154 | Linda S Micou | 7 |
| 16-30418 | Robert Hamelin | 13 |
| 16-30419 | Stuart Graeme Hardman | 7 |
| 16-30745 | Jason J Webb and Lisa Webb | 7 |
| 16-30781 | Duane Edward McNichol | 13 |
| 16-30984 | Mohammed I Yazdani and Darlene V Cmelka | 13 |
| 16-31386 | Frank J. James | 13 |
| 16-31448 | Mark E Johnson and Laura S Johnson | 13 |
| 16-31450 | Adabel L Mitre | 7 |
| 16-31458 | Serafin Rodriguez and Madelyn Rodriguez | 13 |
| 16-31459 | Diane M Collopy | 7 |
| 16-31460 | Perry Alan Good | 7 |
| 16-32467 | Joseph Paul Dombkowski | 13 |
| 16-33172 | Tameka C Treadwell | 7 |
| 16-33233 | Michal Dziecielski | 7 |
| 16-34137 | Orlando Roberto Chapa | 13 |
| 16-34834 | Paul Zankovich | 13 |
| 16-34839 | Lance Kevin Ostrowski | 13 |

| | | |
|---|---|---|
| 16-34854 | Jose Luis Perez, Jr. and Maritza Perez | 13 |
| 16-34860 | Ralph Clark | 7 |
| 16-34861 | Michael Hinkle and Mary Hinkle | 13 |
| 16-34862 | Aquiles R Fernandez and Maricela Fernandez | 13 |
| 16-34864 | John M Mulligan | 13 |
| 16-35323 | Dominika Teresa Zahradnicek | 7 |
| 16-36093 | Lee Michael Fell | 13 |
| 16-37893 | Asa C Bass | 13 |
| 16-37900 | Eric Bryant and Lisa Bryant | 13 |
| 16-37908 | Michael Obal | 7 |
| 16-37917 | Colleen M Ritchie | 7 |
| 16-37923 | Rodd Kurtis Winscott and Christine Merry Winscott | 13 |
| 16-37926 | Tammy L Wojcik | 13 |
| 16-37931 | Shane William Wortman and Nicole Teresa Wortman | 13 |
| 16-38196 | Marion Jay Tucker | 7 |
| 16-38210 | Mark Lawrence Wallen | 13 |
| 16-39539 | Nolan N Cruz | 7 |
| 16-39944 | Keith Petrino Maise | 13 |

| | | |
|---|---|---|
| 16-40198 | Shelica J Brown- Watson | 13 |
| 16-40869 | Jeffrey Desmond Mensah | 13 |
| 16-40871 | James Phillip Rome | 13 |
| 16-40874 | Winston Tayo Rubino | 13 |
| 16-40875 | Magdalene L Sadler | 7 |
| 16-40876 | Kevin John Szczerba | 7 |
| 16-40877 | Maria D. Ponce | 13 |
| 16-40878 | Alejandra Zaragoza | 13 |
| 16-81466 | David Thomas Francis and Patricia Ann Francis | 13 |
| 16-82430 | Amy Habermehl | 13 |
| 17-00423 | Gregory A Tomczyk | 13 |
| 17-00433 | Manuel Gonzalez | 13 |
| 17-01223 | John J McNamara | 13 |
| 17-01862 | Julius L Jones and Tanesha S Jones | 13 |
| 17-02767 | Carl Gary Hruska | 13 |
| 17-02770 | Felipe Gonzalez, III | 13 |
| 17-02772 | Katya Martinez | 13 |
| 17-02819 | Michele M Lockwood | 13 |

| | | |
|---|---|---|
| 17-02828 | Boulos F Estafanous | 13 |
| 17-03177 | James Vincent DeRose | 7 |
| 17-03806 | Elaine F Wanat | 13 |
| 17-04410 | Yvette K Lofton | 13 |
| 17-04735 | Sabahuddin Omar Mirza | 13 |
| 17-04864 | Wisal A Hajyasin | 13 |
| 17-05499 | John Darrell Shaw and Theresa A Shaw | 13 |
| 17-05502 | Shiv Raj Kumar | 13 |
| 17-05561 | Michael Charles Rohrbach | 13 |
| 17-06005 | Jerome B Weidner and Lynn M Weidner | 13 |
| 17-06846 | Brad Ernest Brynjolfsson | 13 |
| 17-07160 | Mark Steven Blondell, Jr. | 13 |
| 17-07619 | Aurora I De Leon | 13 |
| 17-08494 | Katia Beatriz Rivera | 7 |
| 17-08518 | Raquel Patrice Buckner | 13 |
| 17-08526 | Brian James Hickey | 13 |
| 17-08532 | Aaron Joseph Lawler | 13 |
| 17-08558 | Darlene Ramirez | 13 |

| | | |
|---|---|---|
| 17-08561 | Dominika Teresa Zahradnicek | 13 |
| 17-10426 | Michelle DiAngelis | 13 |
| 17-10427 | Ernie S. Belencion and Romelean A Belencion | 13 |
| 17-10428 | Jeanette Lissette Santana | 13 |
| 17-10429 | Harrison Young Oh and Young Hee Kim-Oh | 13 |
| 17-10430 | David Dahlbach | 13 |
| 17-10432 | Stephen David Brown | 13 |
| 17-11700 | David PazCaballero and Rosa Maria PazCaballero | 7 |
| 17-13560 | Janet Anne Weaver | 7 |
| 17-13564 | Edward Sanchez | 7 |
| 17-13568 | Adil Kljucanin and Donna Kljucanin | 13 |
| 17-14197 | Thomas Ray Harris and Gail Patricia Harris | 7 |
| 17-14284 | Craig Tolan and Nancy Tolan | 13 |
| 17-15675 | Christie Ann Hsu | 7 |
| 17-15861 | Virginija Vilimaite | 7 |
| 17-16810 | Roger P Nielsen and Linda M Nielsen | 13 |
| 17-16824 | Scott Weidner and Joline Weidner | 13 |
| 17-16835 | David Del Pilar | 13 |

| | | |
|---|---|---|
| 17-16841 | Jorge William Fermaintt, Sr. | 7 |
| 17-16845 | Timothy Charles Herlihy | 7 |
| 17-16854 | Martha A Gonzalez | 7 |
| 17-16949 | Vanessa Colleen Alambar | 13 |
| 17-19868 | Laura Danielle Harrison | 7 |
| 17-19883 | William C Corse | 7 |
| 17-19891 | Mohammad Fahim Khan and Lubna Fahim Khan | 7 |
| 17-19898 | Maria Negrea | 7 |
| 17-19935 | Rachel E. Pulido | 13 |
| 17-19945 | Benjamin Lazar | 7 |
| 17-19981 | Charles Cortez O'connor and Marchante Leslie Allen-O'Connor | 13 |
| 17-22123 | Carol A Cokinis | 13 |
| 17-22148 | Laura Jean Schweitzer-Tobolaski | 13 |
| 17-22175 | Francis Stanley Iwanski, Jr. | 13 |
| 17-22397 | Miguel Delgado | 13 |
| 17-22828 | Keith Harvey | 7 |
| 17-22843 | Darryl Cortez Thompson | 13 |
| 17-23689 | David D Marcus and Lisa A Marcus | 7 |

| | | |
|---|---|---|
| 17-24125 | Agnes L Guevarra | 13 |
| 17-25469 | Darcel Venita Johnson | 13 |
| 17-26312 | Ihtesham Ansari | 13 |
| 17-26340 | Silvestre Valdez | 13 |
| 17-26873 | Julia L Santullano | 13 |
| 17-80239 | Kathryn Juliann Cielak | 13 |
| 17-80396 | Joseph A Nowakowski | 13 |